UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIO FRATI, STACY FRATI, and BANCO POPOLARE (LUXEMBOURG) S.A.,

                  Plaintiffs,

-against-

STEPHEN E. SALTZSTEIN, MICHAEL E. FEIN, RAM CAPITAL RESOURCES, LLC, SHELTER ISLAND OPPORTUNITY FUND, LLC, SHELTER ISLAND GP, LLC, MIDWAY MANAGEMENT PARTNERS, LLC, TRUK INTERNATIONAL FUND, LP, TRUK OPPORTUNITY FUND, LLC, and ATOLL ASSET MANAGEMENT, LLC

                  Defendants.

10 Civ. 3255 (PAC)

**DECLARATION OF MICHAEL E. FEIN**

---

## DECLARATION OF MICHAEL E. FEIN

Pursuant to 28 U.S.C. § 1746, **MICHAEL E. FEIN**, hereby declares:

    1.    I am the President of RAM Capital Resources, LLC ("RAM"). RAM Capital Resources, LLC is a limited liability company that oversees investment funds. Two of these funds are Shelter Island Opportunity Fund, LLC ("Shelter") and Truk International Fund, LP ("Truk"). I have personal knowledge of the matters set forth herein. I make this declaration based upon my personal knowledge and upon the records of Shelter and Truk.

    2.    Truk is a limited partnership with at least two limited partners who are not United States residents, and who are of alien citizenship.

    3.    Shelter is a limited liability company with multiple members who are Florida residents.

22789/7
06/17/2010 14451399

-2-

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 17, 2010
      New York, NY

_____
Michael E. Fein